**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOY TERRELL SMITH, | No. C 10-05350 JF (PR) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION; DENYING MOTION FOR APPOINTMENT OF COUNSEL; OTHER PENDING MOTION |
| v. | |
| K. CRUSE, et al., | |
| Defendants. | |
| / | (Docket Nos. 19, 27 & 30) |

Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. Before the Court are Plaintiff's motions for extension of time to file an opposition to Defendants' motion to dismiss, (Docket No. 30), and for appointment of counsel, (Docket No. 27).

Good cause appearing, Plaintiff's motion for extension of time, (Docket No. 30), is GRANTED. Plaintiff shall file his opposition, and serve a copy on Defendants' counsel, **no later than September 26, 2011**. Defendants shall file a reply brief no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

Plaintiff's motion for appointment of counsel, (Docket No. 27), is DENIED without prejudice for lack of exceptional circumstances. See Rand v. Rowland, 113 F.3d 1520, 1525

1  (9th Cir. 1997); Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v.
2  Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).
3       Defendants' motion to depose Plaintiff, (Docket No.19), is DISMISSED as moot.
4  (See Docket No. 25, S. Coleman Decl. at 2.)
5       This order terminates Docket Nos. 19, 27 and 30.
6       IT IS SO ORDERED.
7  Dated:   JEDIFFF                         
8                       JEREMY FOGEL
                     United States District Judge

**United States District Court**
For the Northern District of California

Order Granting Motion for Extension of Time to File Opposition; Denying Motion for Appointment of Counsel; Other Pending Motion
P:\PRO-SE\SJ.JF\CR.10\Smith03684_eot-oppo-atty.wpd     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TOY TERRELL SMITH,

        Plaintiff,

  v.

K. CRUSE, et al.,

        Defendants.

Case Number: CV10-03684 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Toy Terrell Smith D-92679
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: _____

Richard W. Wieking, Clerk