**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOY TERRELL SMITH, | No. C 10-3684 SBA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| K. CRUSE, et al., | |
| Defendants. | |

Pursuant to the Court's Order of today's date granting Defendants' motion for summary judgment, judgment is hereby entered in favor of Defendants Cruse, Melton and Navarro and against Plaintiff. The parties shall bear their own costs.

IT IS SO ORDERED.

DATED:   3/30/12

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.10\Smith3684.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TOY TERRELL SMITH,

        Plaintiff,

v.

K CRUSE et al,

        Defendant.

Case Number: CV10-03684 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Toy Terrell Smith D-92679
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: April 6, 2012

Richard W. Wieking, Clerk
By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Smith3684.jud.wpd      2