United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOY TERRELL SMITH,                          No. C 10-3684 SBA (PR)

      Plaintiff,                         **JUDGMENT AFTER REMAND**

  v.

K. CRUSE, et al.,

      Defendants.
_____/

    For the reasons set forth in this Court's Order After Remand; and Dismissing Negligence Claim Without Prejudice to Refiling in State Court,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the only remaining state law claim of negligence be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

    IT IS SO ORDERED.

DATED:_____7/3/2014_____  _____
                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge

P:\PRO-SE\SBA\CR.10\Smith3684.2NDjud.wpd